KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINE S. WATSON (CSBN 218006)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6838
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>TYRONE JONES,  )<br>  )<br>    Defendant.  )<br>_____ ) | No.  CR 05-0211 CRB<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR MODIFICATION OF BRIEFING SCHEDULE |

    With the agreement of the parties and the consent of the defendant, the Court enters this order modifying the briefing schedule associated with the Motion to Suppress filed by the defendant in this matter.  The parties agree, and the Court finds and holds, as follows:

//
//
//
//
//
//
//
//

1. In light of the government's scheduling conflicts, the parties stipulate, and the court orders, that the motions schedule be revised to proceed as follows:

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| Defendant's Motion Due: | May 25, 2005 | No change (motion filed) |
| Government's Response Due: | June 8, 2005 | June 13, 2005 |
| Defendant's Reply Due: | June 15, 2005 | June 16, 2005 |
| Hearing: | June 22, 2005 | No change |

IT IS SO STIPULATED.

DATED: _____        _____/S/\_\_\_\_\_
CHRISTINE S. WATSON
Special Assistant United States Attorney

DATED: _____        _____/S/\_\_\_\_\_
DANIEL BLANK
Attorney for Tyrone Jones

IT IS SO ORDERED.

DATED: June 07, 2005        _____
CHARLES R. BREYER
United States District Judge

APPROVED
Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER
CR 05-0211 CRB                    2