KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINE S. WATSON (CSBN 218006)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6838
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TYRONE JONES,<br><br>    Defendant. | No.  CR 05-0211 CRB<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 12, 2005 TO AUGUST 22, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(8)(A)) |

    The parties appeared before the Court on July 12, 2005.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a trial date of August 22, 2005, at 8:30 a.m., a pre-trial conference date of August 18, 2005, at 2:30 p.m. and a discovery cutoff date of August 1, 2005.  The Court further enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 12, 2005 to August 22, 2005.  The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Additionally, failure to grant the requested continuance would deny the defendant

STIPULATION AND ORDER
CR 05-0211 CRB

continuity of counsel since defense counsel will be in trial in another matter and unavailable during approximately the first two weeks of August.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 12, 2005 to August 22, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 12, 2005 to August 22, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a trial date of August 22, 2005, at 8:30 a.m., a pre-trial conference date of August 18, 2005, at 2:30 p.m. and a discovery cutoff date of August 1, 2005.

IT IS SO STIPULATED.

DATED: _____   _____/S/_____
CHRISTINE S. WATSON
Special Assistant United States Attorney

DATED: _____   _____/S/_____
DANIEL BLANK
Attorney for Tyrone Jones

IT IS SO ORDERED.

DATED: July 25, 2005
HON. CHARLES R. BREYER
United States District Judge

*APPROVED — Judge Charles R. Breyer*

STIPULATION AND ORDER
CR 05-0211 CRB                           2